UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | **Chapter 11** |
| **ZACHRY HOLDINGS, INC.**, *et al.*[1] | § | |
| | § | **Case No. 24-90377 (MI)** |
| *Debtors*. | § | |
| | § | **(Jointly Administered)** |
| **FLNG LIQUEFACTION, LLC; FLNG LIQUEFACTION 2, LLC; and FLNG LIQUEFACTION 3, LLC,** | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | **Adv. P. No. 24-03195** |
| V. | § | |
| | § | |
| **CB&I, INC.; ZACHRY INDUSTRIAL, INC.; and CHIYODA INTERNATIONAL CORPORATION,** | § | |
| | § | |
| *Defendants*. | § | |

**DEFENDANT CB&I LLC'S NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL DOCUMENTS**

Please take notice that the undersigned hereby enters their appearance as counsel for Defendant CB&I LLC ("CB&I" or "Defendant") and requests that all notices given or required to be given in this case and any case consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith be served upon the following:

---

[1] The debtors in these chapter 11 cases (the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/zhi. The Debtors' service address in these chapter 11 cases is: P.O. Box 240130, San Antonio, Texas 78224.

>John H. Kim
>State Bar No. 00784393
>Federal I.D. No. 15626
>Denise H. Kim
>State Bar No. 24010933
>Federal I.D. No. 56991
>4309 Yoakum Blvd., Suite 2000
>Houston, Texas 77006
>Telephone: (713) 522-1177
>Facsimile: (888) 809-6793
>jhk@thekimlawfirm.com
>denise@thekimlawfirm.com

This request encompasses all notices, copies and pleadings referred to in any and all (i) sections of title 11 of the United States Code, and (ii) Rules contained in the Federal Rules of Bankruptcy Procedure, including without limitation notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, and any other documents brought before the Court in this case.

Dated: October 30, 2024            Respectfully submitted,

**THE KIM LAW FIRM**

*/s/ John H. Kim*
John H. Kim
Federal I.D. No. 15626
State Bar No. 00784393
Denise H. Kim
Federal I.D. No. 56991
State Bar No. 24010933
4309 Yoakum Blvd., Suite 2000
Houston, Texas 77006
Telephone: (713) 522-1177
Facsimile: (888) 809-6793
jhk@thekimlawfirm.com
denise@thekimlawfirm.com

**BAKER & McKENZIE LLP**

*/s/ Jack W. Massey*
Jack W. Massey
Federal ID No. 658576
State Bar No. 24051004
Matthew C. Rawlinson
Federal ID No. 24546
State Bar No. 24013379
800 Capitol St., Suite 2100
Houston, Texas 77002
Telephone: (713) 427-5000
Facsimile: (713) 427-5099
jack.massey@bakermckenzie.com
matthew.rawlinson@bakermckenzie.com

**COUNSEL FOR DEFENDANT CB&I LLC**

3

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2024, I caused a copy of the foregoing document to be served by electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case.

*/s/ Jack W. Massey*
Jack W. Massey